UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW MOORE,<br><br>      Plaintiff,<br><br>v.<br><br>EO PRODUCTS, LLC,<br><br>      Defendant. | Case No. 22-cv-07618-LJC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AND REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 12 |

Good cause appearing, IT IS ORDERED that:

Plaintiff shall have until January 17, 2023, to file his Response to Defendant's Motion to Dismiss (ECF No. 9); and Defendant shall have until February 7, 2023, to file its Reply in further support of its Motion Dismiss.

**IT IS SO ORDERED.**

Dated: December 22, 2022

LISA J. CISNEROS
United States Magistrate Judge