1  CROSNER LEGAL, P.C.
   Craig W. Straub (SBN 249032)
2  Zachary M. Crosner (SBN 272295)
   9440 Santa Monica Boulevard Suite 301
3  Beverly Hills, California 90210
   Tel: (866) 276-7637
4  craig@crosnerlegal.com
   zach@crosnerlegal.com
5
   REESE LLP
6  George V. Granade (SBN 316050)
   8484 Wilshire Boulevard, Suite 515
7  Los Angeles, California 90211
   Tel: (310) 393-0070
8  ggranade@reesellp.com

9  REESE LLP
   Michael R. Reese (SBN 206773)
10 100 West 93rd Street, 16th Floor
   New York, New York 10025
11 Tel: (212) 643-0500
   mreese@reesellp.com
12
   *Attorneys for Plaintiffs Drew Moore and Jana*
13 *Nicole Rabinowitz and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DREW MOORE and JANA NICOLE RABINOWITZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EO PRODUCTS, LLC, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:22-cv-07618-JST<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING DEADLINES**<br><br>Judge: Honorable Jon S. Tigar<br><br>Complaint Filed: October 5, 2022<br>Trial Date:   Not Set Yet |

Plaintiffs Drew Moore and Jana Nicole Rabinowitz (together, "Plaintiffs") and Defendant EO Products, LLC (collectively, the "Parties") hereby notify the Court that the Parties have agreed to a resolution of this matter that will result in the filing of a Stipulation of Dismissal. The Parties are working to finalize a fully integrated settlement agreement as soon as possible..

The Parties respectfully request that the Court vacate all upcoming deadlines set forth in the September 23, 2024 amended Scheduling Order (ECF No. 62), as well as any other deadlines in this case, and set a deadline of December 6, 2024, for the Parties to either file the Stipulation of Dismissal With Prejudice or file a joint status report showing good cause for an extension of the deadline to do so.

Date: November 1, 2024

Respectfully submitted,

CROSNER LEGAL, P.C.

By:     */s/ Craig W. Straub*
       CRAIG W. STRAUB

Craig W. Straub (SBN 249032)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Boulevard Suite 301
Beverly Hills, California 90210
Tel: (310) 496-5818
craig@crosnerlegal.com
zach@crosnerlegal.com

REESE LLP
George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Tel: (310) 393-0070
ggranade@reesellp.com

REESE LLP
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
mreese@reesellp.com

*Attorneys for Plaintiffs Drew Moore and Jana Nicole Rabinowitz and the Proposed Class*

| | | |
|---|---|---|
| Date: November 1, 2024 | | AMIN WASSERMAN GURNANI, LLP |
| | By: | /s/ William P. Cole |
| | | WILLIAM P. COLE |

William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Angela L. Diesch, Bar No. 256253
Richard L. Hyde, Bar No. 286023
AMIN WASSERMAN GURNANI, LLP
515 South Flower Street, 18th Floor
Los Angeles, California 90071
Tel: (213) 933-2330
wcole@awglaw.com
morr@awglaw.com
adiesch@awglaw.com
rhyde@awglaw.com

*Attorneys for Defendant EO Products, LLC*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

| | | |
|---|---|---|
| Date: November 1, 2024 | By: | /s/ Craig W. Straub |
| | | CRAIG W. STRAUB |

CROSNER LEGAL, P.C.
9440 Santa Monica Boulevard Suite 301
Beverly Hills, California 90210
Tel: (310) 496-5818
craig@crosnerlegal.com

*Attorneys for Plaintiffs Drew Moore and Jana Nicole Rabinowitz and the Proposed Class*

**[PROPOSED] ORDER**

The Court, having considered the foregoing stipulation submitted by Plaintiffs Drew Moore and Jana Nicole Rabinowitz and Defendant EO Products, LLC, hereby finds good cause and **ORDERS** that all upcoming deadlines set forth in the September 23, 2024 amended Scheduling Order (ECF No. 62), as well as any other deadlines in this case, are vacated. The Court further **ORDERS** that on or before December 6, 2024, the Parties shall either file a Stipulation of Dismissal With Prejudice or file a joint status report showing good cause for an extension of the deadline to do so.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Jon S. Tigar
United States District Judge